**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.  09-cv-00364-RPM

DIANE SEALAND,

        Plaintiff,

v.

ALCON LABORATORIES, INC.,
ALCON MANUFACTURING, LTD.,
and ALCON REFRACTIVE HORIZONS, INC.,

        Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, and with each party responsible for its own attorneys' fees and costs.

DATED this 31st day of July, 2009.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Distric Judge